■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ALVAREZ.— Motion to dismiss appeal denied, without prejudice to a renewal after the disposition of the appeal taken by Charles Horton, a codefendant. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORN v. JOE GLENN.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEROY BIRCH.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MARIA VASSILAKOU.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BLACKNEY.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the information shall be substituted in place of the original information, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ LESTER CRAWFORD, as Special Trustee, et al., v. THOMAS NEWMAN et al. LESTER CRAWFORD, as Special Trustee, et al., v. NATHAN EHRLICH et al.— Motion granted on condition that the movant serves and files its brief *amicus curiæ* with this court on or before May 29, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES OLIVER.— Motion dismissed, without prejudice to a renewal after entry of an order by the Court of General Sessions, and appeal therefrom. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of A. MICHAEL KATZ, against CASTLE COAL & OIL CO., INC.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ ADELINE COLLA-NEGRI v. OTTORINO COLLA-NEGRI.— Motion to dismiss appeal granted, with $10 costs, unless appellant procures the record on appeal and appellant's points to be served and filed on or before August 27, 1959, with notice of argument for September 8, 1959, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of the Estate of EDWARD I. ARONOW, Deceased. MARIA F. ARANOW et al.; MURRAY C. FUERST, as Executor.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.